1  Michael Stepanian (CSBN 037712)
   819 Eddy Street
2  San Francisco, CA 94109
   Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  Attorney for defendant
   MARK E MILLER

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            o0o

10  UNITED STATES OF AMERICA,

11                                     NO. CR-06-MJ-70641
              Plantiff,
12                                     (PROPOSED) TRAVEL ORDER
          vs.
13
    MARK E MILLER,
14
              Defendant.
15
    _____/
16

17      Good cause appearing, IT IS HEREBY ORDERED that defendant MARK MILLER be

18  allowed to travel to Seattle, Washington,  for the purpose of accompanying his mother, who is

19  seriously ill.  He will be leaving on Saturday, December 9th,  Alaska Airlines flight 355, leaving

20  at 9:26 am, and returning on Sunday, December 10th, Alaska Airlines flight 316, arriving back in

21  the Bay Area at 6:03 p.m.  While in Seattle he will be staying overnight with his mother at his

22  sister s, (Melinda Miller, 1425 Western Ave, #407, Seattle, WA, 98101, 206.621.9299).

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Mr Miller s attorney Michael Stepanian states that his office contacted Pre-trial services

2  officer Paul Mamaril, who has no objection to this order, and Mr Mamaril further stated that he

3  was already aware of Mr Miller s travel plans and will be speaking to Mr Miller concerning his

4  travel itinerary.  Assistant United States Attorney Thomas P. Mazzucco has also stated that he

5  has no objection to this order.

6

7  Dated:  December 8, 2006          IT IS SO ORDERED:

8

9

10



   Honorable
   District Co

IT IS SO ORDERED

Judge Elizabeth D. Laporte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Proposed Travel order - Miller CR 06-MJ-70641