1  Michael Stepanian (CSBN 037712)
   819 Eddy Street
2  San Francisco, CA 94109
   Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  Attorney for defendant
   MARK E MILLER
5

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         o0o

10 UNITED STATES OF AMERICA,

11                                    NO. CR-06-MJ-70641
              Plaintiff,
12                                    (PROPOSED) STIPULATION AND
                                      ORDER TO MODIFY BOND
13       vs.

14 MARK E MILLER, et al.,

15            Defendants.

16 _____/

17

18      IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian,

19 counsel for Mark Miller, and Thomas P. Mazzucco, Assistant United States Attorney, that

20 Mr. Miller's bond be modified to permit travel throughout the United States for the purposes of

21 his employment as a musician.

22      Mr. Miller is on Pretrial Supervision and has submitted to drug testing with negative

23 results. His Pretrial Service Officer Paul Mamaril has no objection to this proposed

24 modification. Mr. Miller will keep Mr. Mamaril apprized of his travel dates and locations

25 in advance of each trip.

26 ///

27 ///

28 ///

1  AUSA Mazzucco has been advised of the terms of this modification and has no objection
2  to this order..

3

4  Date: February 6, 2007         /s/Michael Stepanian
                                  MICHAEL STEPANIAN
5                                 Counsel for Defendant
                                  Mark Miller
6

7  Date: February 6, 2007         /s/ Thomas Mazzucco
                                  THOMAS MAZZUCCO
8                                 Assistant United States Attorney

9

10 Dated:  February 9, 2007        IT IS SO ORDERED:
11
12                                 _____
13                                 UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*