1   MICHAEL STEPANIAN (CSBN 037712)
    Attorney at Law
2   819 Eddy Street
    San Francisco, California  94109
3   Telephone:  (415) 771-6174

4   Attorney for Defendant
    MARK MILLER

5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                      SAN FRANCISCO DIVISION
8
                            --o0o--
9
    UNITED STATES OF AMERICA,
10                                          NO. 3-06-70641 MAG
                  Plaintiff,
11                                          **STIPULATION & [PROPOSED]**
                                            **ORDER MODIFYING CONDITIONS**
12                                          **OF PRETRIAL RELEASE**

13            vs.

14  ROSE, et.al.,

15                  Defendant(s).
    _____/
16

17        MICHAEL STEPANIAN, attorney for defendant, MARK MILLER, and THOMAS P.

18  MAZZUCCO, Assistant United States Attorney, hereby stipulate and respectfully request that this

19  Court release MARK MILLER from his obligation to be supervised by Pretrial Services pending

20  completion of this case.

21  ////

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Mr. Miller has been on Pretrial Services supervision for approximately 14 months in this matter. Mr. Miller has abided by all of his conditions of release, and has done everything he has been asked to do. He has reported to Pretrial Services as required; he has consistently provided Pretrial Services requested documentation regarding his employment and employment training; and he has continued to test negative for drugs as required.

DATED: February 4, 2008      _____/s/_____

MICHAEL STEPANIAN
Attorney for Defendant
MARK MILLER

DATED: February 4, 2008      _____/s/_____

THOMAS P. MAZZUCCO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February __8__, 2008

IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

_____

HON. MARIA-ELENA JAMES
United States Magistrate Judge
Elizabeth D. Laporte