Michael Stepanian (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Fax: (415) 474-3748

Attorney for defendant
MARK E MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

–o0o–

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

MARK E MILLER, et al.,

        Defendants.
_____/

NO. CR-06-MJ-70641

(~~PROPOSED~~) ORDER
TO RETURN PASSPORT

    Good cause shown, based on the dismissal of this case, it is hereby ordered that the passport of Mark Miller securing his release in this case, be returned to him.

Dated: March 27, 2008

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE